**Opinion issued June 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00251-CV

————————————

**DOUG MOORE, Appellant**

**V.**

**FORT BEND COUNTY, CITY OF RICHMOND, LAMAR CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, FORT BEND COUNTY DRAINAGE DISTRICT, FORT BEND COUNTY GENERAL FUND, Appellees**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 23-DCV-302323**

---

## MEMORANDUM OPINION

Appellant Doug Moore has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the

Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b).  After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We therefore dismiss the appeal for nonpayment of all required fees and for want of prosecution. TEX. R. APP. P. 42.3(b), (c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.